JS-6

CHARLES S. PAINTER (SBN 89045)
REBECCA L. MENENDEZ (SBN 262487)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA  95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendants ESA P Portfolio, L.L.C.;
ESA P Portfolio Operating Lessee LLC; and
Doe Defendant 1 ESA MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDA L. BISHOP,<br><br>        Plaintiff,<br><br>    vs.<br><br>ESA P PORTFOLIO, LLC, a Delaware Limited Liability Company (Formerly Known as BRE/ESA P PORTFOLIO L.L.C.), a Delaware Limited Liability Company; ESA P PORTFOLIO OPERATING LESSEE LLC, a Delaware Limited Liability Company (Formerly Known as BRE/ESA PROPERTIES OPERATING LESSEE L.L.C.); and DOES 1-20, inclusive,<br><br>        Defendants. | Case No.:  5:21−cv−00010−JGB−KKx<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Action Filed:  January 4, 2021<br>Trial Date:   August 23, 2022 |

The Court having reviewed the Stipulation of Dismissal  and good cause appearing,

IT IS HEREBY ORDERED that this action is DISMISSED in its entirety WITH PREJUDICE, with each party bearing its own fees and costs.

IT IS SO ORDERED.

DATED: __May 25, 2022_____

_____
Honorable Jesus G. Bernal
U.S. District Judge